**NATIONAL INSURANCE UNDER-WRITERS, Appellant,**

v.

**UNITED STATES of America, Appellee.**

No. 22974.

United States Court of Appeals
Fifth Circuit.

Nov. 9, 1966.

Melvin B. Bishop, Daniel, Coker & Horton, Jackson, Miss., for appellant.

Alan S. Rosenthal, Robert J. Vollen, Jack H. Weiner, Attys., Dept. of Justice, Washington, D. C., John W. Douglas, Asst. Atty. Gen., Robert E. Hauberg, U. S. Atty., Robert V. Zener, Atty., Dept. of Justice, Washington, D. C., for appellee.

Before TUTTLE, Chief Judge, and THORNBERRY and GOLDBERG, Circuit Judges.

PER CURIAM.

The questions presented on this appeal were resolved by this Court in United States of America v. Myers, 5th Cir. 1966, 363 F.2d 615. Therefore, the decision of the district court is hereby

Affirmed.

**Emil HORWITZ, Appellant,**

v.

**FOOD TOWN, INCORPORATED and Elmo Harelson, Appellees.**

No. 22979.

United States Court of Appeals
Fifth Circuit.

Nov. 7, 1966.

R. Boatner Howell, Jr., Baton Rouge, La., Hyman R. Friedman, New York City, for appellant.

Hamlet D. May, Baton Rouge, La., for appellees.

Before JONES and COLEMAN, Circuit Judges, and CHRISTENBERRY, District Judge.

PER CURIAM.

This was a diversity action by a real estate broker licensed under the laws of New York, but not licensed under the laws of Louisiana, for a brokerage fee. The District Court granted summary judgment for the defendants. Its opinion is reported at 241 F.Supp. 1. We are of the view that Woods v. Interstate Realty Company, 337 U.S. 535, 69 S.Ct. 1235, 93 L.Ed. 1524 (1949) is controlling and the Judgment must be

Affirmed.